UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PRISCILLA POWELL,**<br>        **Plaintiff,**<br><br>v.<br><br>**NAVY FEDERAL FINANCIAL GROUP, LLC**<br><br>        **Defendant.** | **1:19-cv-00364-CAP-CCB** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** plaintiff **PRISCILLA POWELL** ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this dismissal without prejudice.

Respectfully submitted this 13th day of June, 2019.

            s/*Joseph P. McClelland, III*
            Joseph P. McClelland, III, Esq.
            Georgia Bar No.: 483407
            545 N. McDonough St., Ste. 210
            Decatur, Georgia 30030
            Telephone: (770) 775-0938